IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRRALL F. CANNON,

      Plaintiff,                               No. CIV S-05-0046 MCE DAD P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

      Defendants.                   <u>ORDER</u>

/

        Two motions filed by the pro se plaintiff are before the court.  First, plaintiff submitted a motion for summary judgment or summary adjudication along with his initial pleading.  The motion, noticed for hearing on the non-existent date of February 31, 2005, was served on Bill Lockyer, who is neither a party to this action nor counsel for any party at the present time.  This motion has not been filed and served in compliance with Rules 5 and 56 of the Federal Rules of Civil Procedure and is premature.  This motion will be denied.

        Second, plaintiff has filed a motion titled "Motion to Resurrect Request for Counsel and Award Attorney Fees to Cover the Cost of Appointment of Counsel."  By order filed February 1, 2005, plaintiff was informed that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  Plaintiff was also advised that, in certain exceptional circumstances, the court

may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). Plaintiff's renewed motion fails to demonstrate the required exceptional circumstances. In findings and recommendations filed concurrently with this order, the undersigned has recommended that plaintiff's application to proceed in forma pauperis be denied and that this action be dismissed. For these reasons, plaintiff's renewed motion regarding counsel and attorney fees will be denied.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's February 22, 2005 motion for summary judgment or summary adjudication is denied; and

    2. Plaintiff's May 19, 2005 renewed motion for counsel and for an award of attorney fees is denied.

DATED: August 29, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
cann0046.31