IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRRALL F. CANNON,

       Plaintiff,

   v.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, ET AL.,

       Defendants.
_____/

No.  CIV-S-05-0046 MCE/DAD P

ORDER

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On August 29, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.

///

1

1 Plaintiff has filed objections to the findings and
2 recommendations.  In addition, plaintiff has filed a request for
3 a three-judge panel and a request to add as defendants three
4 individuals whose positions are not described, the National Rifle
5 Association, the California Correctional Peace Officers
6 Association, the Attorney General for the State of California,
7 the California Commission on Judicial Performance, and an
8 unspecified number of persons whose names are not provided.

9      In accordance with the provisions of 28 U.S.C.
10 § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a
11 <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
12 entire file, the court finds the findings and recommendations to
13 be supported by the record and by proper analysis.

14      Accordingly, IT IS HEREBY ORDERED that:

15      1.  Plaintiff's September 15, 2005 request to add defendants
16 is denied;

17      2.  Plaintiff's September 15, 2005 request for a three-judge
18 panel is denied;

19      3.  The findings and recommendations filed August 29, 2005,
20 are adopted in full;

21      4.  Plaintiff's January 10, 2005 motion to proceed in forma
22 pauperis is denied; and

23 ///
24 ///
25 ///
26 ///

2

5. All claims alleged in this action are dismissed without prejudice to pursuit in the proper form of action in the proper court.

DATED: September 28, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE