IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRRALL F. CANNON,

    Plaintiff,                      No. CIV S-05-0046 MCE DAD P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.                ORDER

        On September 29, 2005, plaintiff filed documents titled "Petition/Motion to Force Defendants to Registration [sic] as Subversive Group Members Pursuant to KKK Act 42 USC 1985(d), 18 USC 2386(2); Preliminary Injunction" and "Motion for Release of Defendents [sic] et al. Addresses and diver's 'Pursunant [sic] 5 USC 552' (FOIA)." This case was closed on September 28, 2005, pursuant to an order dismissing the action without prejudice. Plaintiff's motions have not been submitted pursuant to any applicable rule. The motions are denied, and no orders will issue in response to future documents not properly filed in this case.

        IT IS SO ORDERED.

DATED: October 27, 2005.

                                                            *Dale A. Drozd*
                                                            DALE A. DROZD
DAD:13                                                 UNITED STATES MAGISTRATE JUDGE
cann0046.58